## B. Moskovitz, Appellant, v. Chester Arthur Wood et al., Appellees.

### Gen. No. 40,613.

opinion filed October 3, 1939; rehearing denied October 18, 1939. Maurice L. Davis, for appellant; A. F. W. Siebel and Arthur F. Siebel, for appellees. Opinion by JUSTICE McSURELY. ''Not to be published in full.''